IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DAVID NEWBIGGING BROWN O' CONNOR, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. ) |
| JEFF LONG, in his official capacity as Commissioner of the Tennessee Department of Safety and Homeland Security, | ) JURY DEMAND ) ) ) ) ) |
| Defendant. | ) ) |

## VERIFIED COMPLAINT

1. This is a suit for declaratory judgment and injunctive relief because Defendant has acted under color of state law to deprive Plaintiff of a right or privilege secured by the 14th Amendment to the Constitution of the United States as stated hereafter.

2. Plaintiff is a citizen and resident of the United States and the State of Tennessee, whose permanent residence is in the City of Athens, County of McMinn, Tennessee.

3. The Defendant Long is the Deputy Governor & Commissioner of Safety and Homeland Security and is administratively in charge of the Department of Motor Vehicles, including the issuance and revocation of driver's licenses in this State.

## JURISDICTION AND VENUE

4. This case is brought pursuant to 42 U.S.C. § 1983 and this court therefore has federal subject matter jurisdiction to hear this claim pursuant to 28 U.S.C § 1331. The Defendant Long performs his duties from his office in Nashville, Davidson County, Tennessee, within Middle District of Tennessee. Venue is therefore vested in this Court pursuant to 28 U.S.C § 1391(b)(2).

## ALLEGATIONS OF FACT

5. David O'Connor is the natural child of John Hamilton and Pearl Richards O'Connor, both of whom were natural born citizens of the United States. True copies of their certificates of birth in the State of New York are attached hereto as Exhibits A (John) and B (Pearl) and incorporated herein by reference. John O'Connor served in the United States Army during World War II and was honorably discharged with the rank of 2nd Lieutenant. (See attached Ex. G)

6. John O'Connor and Pearl Richards were married in Albany, New York on March 7, 1942. A copy of their marriage certificate is attached hereto as Exhibit C and is incorporated herein by reference.

7. Mr. and Mrs. O'Connor briefly resided in Canada where Mr. O'Connor was in school. Plaintiff David O'Connor was born during this brief time in Canada on May 25, 1947. A true copy of his birth certificate is attached hereto as Exhibit D and is incorporated herein by reference. The certificate lists both parents as citizens of the United States. Mr. and Mrs.

O'Connor and their infant son David returned to the United States in July, 1947 and resided in Moira, New York.

8. On December 28, 1964, Plaintiff enlisted in the United States Navy. Because he had not reached the age of 18, his father John was required to sign a permission for the enlistment of a minor in the U.S. Armed Forces. A copy of this consent form is attached as Ex. E and is incorporated herein by reference.

9. Plaintiff served in the U.S. Navy from 1964 until 1968. He was assigned to the U.S.S. Joseph P. Kennedy, Jr., and was honorably discharged on the 9th of April, 1968. (See attached Ex. H)

10. Plaintiff became a professional truck driver. He held a driver's license for 61 years in Vermont, New Hampshire, and New York, and Tennessee from 2016 until 2024. He also held a commercial driver's license including Hazmat clearance, for which a background check was required.

11. Plaintiff paid Social Security taxes his entire adult life. A copy of a partially redacted Social Security card is attached as Ex. F. Presently he receives his Social Security pension from the United States.

12. Plaintiff has voted in state, federal, and local elections in all the states in which he has resided, including Tennessee.

13. On June 3, 2024, Plaintiff went to the Athens, Tennessee office of the Department of Motor Vehicles to renew his license and to apply for the new, mandatory enhanced ID license. To his astonishment, a local functionary of the DMV, after consulting with two (2) other local employees, denied him a renewal and revoked his current license because he allegedly could not prove he was a citizen of the country in which he had lived and worked, and for which he had served honorably in the military. (See attached Ex. I)

14. The functionaries in Athens, TN demanded that he produce a Consulate Record of Birth Abroad which in any event would have been only one (1) of many indicia of citizenship.

15. As a consequence of this arbitrary act, Plaintiff has no driver's license. He therefore cannot board a flight. He requires infusion therapy for the treatment of rheumatoid arthritis and must enlist the help of others to drive him to the treatment facility in Hixon, TN. He is unable to drive the family's motor home. He suffers immediate and irreparable harm from his arbitrary denial of entitlement to drive despite decades as an over the road truck driver.

**PLAINTIFF DAVID O'CONNOR IS A CITIZEN OF THE UNITED STATES**

16. Citizenship at birth is governed by 8 U.S.C. §1401, and not the Tennessee Department of Motor Vehicles. Section 1401(c) provides:

    "The following shall be nationals and citizens of the United States at birth:

(c) a person born outside of the United States and its outlying possessions of parents both of whom are citizens of the United States and one of whom has had a residence in the United States of one of its outlying possessions, prior to the birth of such person."

17. This federal law preempts any state law to the contrary and any opinion of a local functionary of the State of Tennessee.

18. Plaintiff David O'Connor is a citizen of the United States.

19. The Tennessee Department of Motor Vehicles has no authority to determine citizenship and to revoke citizenship afforded by Federal law.

## PRAYERS FOR RELIEF

Premises considered, Plaintiff prays:

a) That proper process issue requires the Defendant to respond within the time provided by law;
b) That the Court conduct a hearing upon Plaintiff's Motion for a Preliminary Injunction, filed contemporaneously herewith;
c) That there being no material questions of fact, the Court consolidates trial on the merits pursuant to Rule 65 (a)(2);
d) That the Court declare Plaintiff to be a citizen of the United States and order the issuance of a Tennessee Drivers License and REAL ID as privileges accorded a citizen, there being no lawful reason to fail to do so;
e) That Plaintiff be awarded his attorney fees and costs pursuant to 28 U.S.C. §1988; and,
f) That Plaintiff be awarded such additional and general relief to which the Court may deem him to be entitled.

5

Respectfully submitted,

THE BLACKBURN FIRM, PLLC


*/s/* Gary Blackburn
W. Gary Blackburn (BPR #3484)
The Blackburn Firm, PLLC
315 Deaderick Street, Suite 1700
Nashville, TN 37238
P: (615) 254-7770
F: (866) 895-7272
gary@theblackburnfirm.com

*Attorney for Plaintiff*

Ex. A

**PLACE OF BIRTH** Dist. No. _____
County of Franklin
Town of Dickinson
or
Village of _____
or
City of _____ No. _____ St.; _____ Ward)

**New York State Department of Health**
DIVISION OF VITAL STATISTICS
**CERTIFICATE OF BIRTH**

3189

Registered No. 15

Full Name of Child: Pearl Margaret Richards

| SEX | Twin, Triplet, or other | Number in order of birth | Legitimate? | DATE OF BIRTH January 22, 1922 |

FATHER
FULL NAME: David Richards
RESIDENCE (ADDRESS): Brushton, N.Y.
COLOR OR RACE: White
BIRTHDAY: 37
BIRTHPLACE: N.Y.
OCCUPATION (AND INDUSTRY): Farmer

MOTHER
FULL MAIDEN NAME: Minnie Murray
RESIDENCE (ADDRESS): Brushton, N.Y.
COLOR OR RACE: White
BIRTHDAY: 29
BIRTHPLACE: N.Y.
OCCUPATION (AND INDUSTRY): Housewife

**CERTIFICATE OF ATTENDING PHYSICIAN OR MIDWIFE**

I hereby certify that I attended the birth of this child... 

This is to certify that this document is a true copy (photocopy) of a record on file at the New York State Department of Health, Albany, New York. DO NOT ACCEPT this copy unless the raised seal of the New York State Department of Health is affixed thereon.

FEB 4 1983
(date)

---

Ex. B

A 65993

**STATE OF NEW YORK
DEPARTMENT OF HEALTH
CERTIFICATION OF BIRTH**

THIS IS TO CERTIFY that the person named on this certificate was born on the date and at the place shown and this record of birth was filed with the Registrar of Vital Statistics of this Registration District.

| DISTRICT NUMBER | REGISTRATION NUMBER |
|---|---|
| 5907 | 657 |

| NAME | John hamilton O' Connor | |
|---|---|---|
| SEX | Male | DATE OF BIRTH: April 9, 1921 |
| PLACE OF BIRTH (COUNTY) | (CITY, TOWN OR VILLAGE) | |
| Westchester | Yonkers, N.Y. | |
| FILING DATE | April 9, 1921 | |

*Eileen M. Mahan*
REGISTRAR OF VITAL STATISTICS

Yonkers
DISTRICT

November 24, 1980
DATE

**WARNING: ANY ALTERATION INVALIDATES THIS CERTIFICATE**

VS-10 (Rev. 1/72) 100M (8A2-107)

The written consents of the Parents, guardians, or Persons under whose care and government the Minor or Minors may be have been filed in the Town or City Clerk's office at
and verified proof of age was submitted as provided by Section 15, Article 3 of
Law.


Ex. C

## MARRIAGE CERTIFICATE
### TO CLERGYMEN AND MAGISTRATES

The license and the certificate duly signed by the person who shall have solemnized the marriage therein authorized shall be returned by him to the office of the town or city clerk who issued the same within five days succeeding the date of the solemnizing of the marriage therein authorized and any person or persons who shall wilfully neglect to make such return within the time above required shall be deemed guilty of a misdemeanor and upon conviction thereof shall be punished by a fine of not less than twenty-five dollars nor more than fifty dollars for each and every offense.

A marriage shall not be solemnized within three days from the date on which the specimen was taken for the serological test provided for by Section 13-a of the Domestic Relations Law, and not until twenty-four hours after the issuance of the marriage license or, if such examination and test shall be dispensed with by order of a judge or justice or shall not be required pursuant to such section, within three days from the date of issuance of the marriage license therefor, unless authorized by an order of a court of record as provided in Section 13-a of the Domestic Relations Law nor shall it be solemnized after sixty days from the date of the issuance of the marriage license. Where the immediate solemnization of the marriage is so authorized, the person who solemnizes the marriage must file the court order with the town or city clerk who issued the license within five days after the marriage is solemnized.

Nonresidents of the State are required to have marriage ceremony performed in the city or town where the license was issued.

Where either or both of the parties is under the age of twenty-one years, the marriage shall be solemnized only by a clergyman, mayor of a city, justice or judge of a court of record, justice of the court of Special Sessions of the city of New York, justice of the Domestic Relations Court of the city of New York or by a judge of a Children's Court.

I, Edward A. Heenan a Roman Catholic priest residing at 12 Madison Place in the city of Albany in the county of Albany and state of New York, do hereby certify that I did on this 7 day of March in the year A.D. 1942 7 P.M. at Albany in the county of Albany and state of New York solemnize the rites of matrimony between John H. O'Connor of Albany in the county of Albany and state of New York and Pearl Richards of Albany in the county of Albany and state of New York in the presence of Francis Hirscher and Patricia O'Connor as witnesses and the license therefor is hereto annexed

Witness my hand at Albany in the county of Albany this 7th day of March A.D. 1942

In the presence of: Francis Hirscher
112 Jay St. Albany NY
Residence

Patricia O'Connor
578 [illegible] Ave.
Scarsdale, N.Y.

(Rev) Edward A. Heenan
12 Madison Place — Albany N.Y.

Case 3:24-cv-00855   Document 1   Filed 07/15/24   Page 8 of 16 PageID #: 8



# PROVINCE OF ONTARIO—VITAL STATISTICS ACT
## REGISTRATION OF A LIVE BIRTH

**FORM 4**

**MAILING INSTRUCTIONS**

This form if placed in a PRINTED envelope, marked "Dominion Statistics—Free, penalty for improper use $300", and properly addressed to the nearest Division Registrar of Births, Deaths and Marriages will pass through the mail "FREE".

MARGIN RESERVED FOR BINDING. WRITE PLAINLY, WITH UNFADING INK. THIS IS A PERMANENT RECORD.

Registration Number **039129**

1. PLACE OF BIRTH:
   - City, Town or Village: **London**
   - Township of: (If birth occurred in a hospital, give name instead of street and number) **St. Joseph's Hospital**
   - County or District of: **Middlesex**

2. PRINT FULL NAME OF CHILD (Surname or last name): **O'Connor** — **David Newbigging Brown**

3. Single — Twin — Triplet — Other: **Single**

4. Sex of child: **Male**

5. Are the parents married to each other? **Yes**

6. Date of birth: **May 25 1947**

7. Was this a premature birth? **No**

### FATHER

8. PRINT full name: **John Whatton O'Connor, Sr.**
9. Permanent residence at time of this birth: **822 Maitland St. London, Ont.**
10. Citizenship (NATIONALITY): **American (U.S.A.)**
11. Racial Origin: **Irish - Scottish**
12. AGE at time of this birth: **26** years
13. Birthplace: **Yonkers, N.Y. U.S.A.**
14. (a) Trade, profession or kind of work: **Student**
    (b) Kind of industry or business: **Business Administration**

### MOTHER

15. PRINT full name: **Pearl Margaret Richards**
16. Permanent residence at time of this birth: **822 Maitland St. London, Ont.**
17. Citizenship (NATIONALITY): **American (U.S.A.)**
18. Racial Origin: **English - French**
19. AGE at time of this birth: **26** years
20. Birthplace: **Dickinson Center, N.Y. U.S.A.**
21. (a) Trade, profession or kind of work: **At home**
    (b) Kind of industry or business: **Housewife**

22. How many children born to the mother—up to the time of and INCLUDING THIS BIRTH: (a) Were born alive? **3** (b) Were born dead after twenty-eight weeks pregnancy? **0** (c) Are now living? **3**

23. Name and post office address of informant: **John H. O'Connor, Box 334 London, Ont.**
24. Name of doctor, nurse or other person in attendance at birth, and post office address: **Dr. A. E. Mowry, 1934 Waterloo St. London, Ont.**
25. Marginal notations (Office use only)

I certify the foregoing to be true and correct to the best of my knowledge and belief.
Given under my hand at **Hamilton, Ontario**, this twenty-seventh day of **May** 1949

(Signature of Informant) **John H. O'Connor**

Division Registrar's Record No. **1522**
Date of registration: **May 27, 1949**

(Signature of Division Registrar)



Office of the Registrar General — Bureau du registraire général
Ontario
Certified A True Photostatic Print of a Record on file at the Office of the Registrar General Ontario, Canada
Photocopie certifiée conforme d'un document se trouvant dans les dossiers du Bureau du registraire général (Ontario) Canada

Registration Number / Numéro d'enregistrement: 1947 039129
Certificate number / Numéro du certificat: P 3177572
Date issued / Date de délivrance: May 26 2016
File number / Numéro de dossier: 161998826-01-4
PAGE 1 of 1

| VERIFICATION OF DATE AND PLACE OF BIRTH OF APPLICANT (For use by recruiting office) | | | | |
|---|---|---|---|---|
| LAST NAME – FIRST NAME – MIDDLE NAME | PLACE OF BIRTH (City or Town and State) | DATE OF BIRTH | | |
| O'CONNOR David Newbigging Brown | London, Canada | DAY 25 | MONTH May | YEAR 1947 |
| HOW VERIFIED | | | | |
| Sighted Original Birth Certificate | | | | |

**REMARKS**

Sighted Birth Certificate No. 657, of John Hamilton O'CONNOR, father of applicant issued by the Department of Health, Yonkers, New York. Born of American parents temporarily residing in London, Canada. Date of entry of applicant for permanent residence in the United States July 1947.

William T. Suffern Jr.
WILLIAM T. SUFFERN, JR., BTC, USN
SIGNATURE OF RECRUITER

Case 3:24-cv-00855    Document 1    Filed 07/15/24    Page 10 of 16 PageID #: 10



# UNITED STATES ARMED FORCES
## CONSENT, DECLARATION OF PARENT OR LEGAL GUARDIAN
*(FOR THE ENLISTMENT OF A MINOR IN THE U.S. ARMED FORCES)*

| LAST NAME – FIRST NAME – MIDDLE NAME OF APPLICANT FOR ENLISTMENT | DATE |||
|---|---|---|---|
| | DAY | MONTH | YEAR |
| O'CONNOR David Newbigging Brown | 28 | Dec | 1964 |
| PLACE OF APPLICATION FOR ENLISTMENT | SERVICE OR COMPONENT FOR WHICH CONSENT IS GIVEN |||
| U.S. Navy Recruiting Branch Station Greenfield, Massachusetts | U.S. Navy |||
| NAME OF PARENT(S) OR LEGAL GUARDIAN SIGNING CONSENT | RELATIONSHIP (Father, Mother, Legal Guardian) |||
| John Hamilton O'Connor | Father |||

| ADDRESS (Number and street or RFD, City or Town) | COUNTY | STATE |
|---|---|---|
| thong | in ham | Vermont |
| ADDRESS OF OTHER PARENT IF SEPARATED (Number and street or RFD, City or Town) | COUNTY | STATE |
| Not Applicable | Not Applicable | Not Applicable |

| PLACE OF BIRTH OF APPLICANT (City or Town and State) | DATE OF BIRTH |||
|---|---|---|---|
| | DAY | MONTH | YEAR |
| London, Canada | 25 | May | 1947 |

I/WE CERTIFY THAT THE ABOVE APPLICANT HAS NO OTHER LEGAL GUARDIAN THAN ME/US, AND I/WE HEREBY CONSENT TO HIS/HER ENLISTMENT IN THE SERVICE OR COMPONENT OF THE ARMED FORCES AS INDICATED ABOVE, SUBJECT TO ALL THE REQUIREMENTS AND LAWFUL COMMANDS OF THE OFFICERS WHO MAY, FROM TIME TO TIME, BE PLACED OVER HIM/HER; AND I/WE CERTIFY THAT NO PROMISE OF ANY KIND HAS BEEN MADE TO ME/US CONCERNING ASSIGNMENT TO DUTY OR PROMOTION DURING HIS/HER ENLISTMENT AS AN INDUCEMENT TO ME/US TO SIGN THIS CONSENT; AND I/WE RELINQUISH ALL CLAIM TO HIS/HER SERVICE AND TO ANY WAGES OR COMPENSATION FOR SUCH SERVICE.

I/WE CERTIFY THAT THE APPLICANT'S BIRTH DATE AS SHOWN ON THIS FORM IS CORRECT.

I/WE THOROUGHLY UNDERSTAND THAT I/WE HAVE CONSENTED TO HIS/HER ENLISTMENT IN THE SERVICE OR COMPONENT OF THE U.S. ARMED FORCES INDICATED ABOVE FOR THE PERIOD OF _____ ( Minority Years )

SIGNATURES OF:

| William T. Shiffer Jr. | John Hamilton O'Connor |
|---|---|
| WILLIAM T. SHIFFER, JR., OTC, USN | JOHN HAMILTON O'CONNOR |
| WITNESSING OFFICIAL | PARENT OR LEGAL GUARDIAN |
| Recruiter | Not Applicable |
| RECRUITING OFFICER OR RECRUITER | OTHER PARENT (If required) |

**UNDERSTANDING, STATEMENT OF PARENT OR LEGAL GUARDIAN** *(For the enlistment of a minor in a six-month program)*

I/WE UNDERSTAND THAT THE ABOVE APPLICANT FOR ENLISTMENT IN A RESERVE COMPONENT OF AN ARMED FORCE AND IN A SPECIAL ENLISTMENT PROGRAM PURSUANT TO THE PROVISIONS OF SECTION 262 OF THE ARMED FORCES RESERVE ACT OF 1952, AS AMENDED, MUST PERFORM SIX (6) MONTHS OF ACTIVE DUTY FOR TRAINING, AND MUST SERVE THE REMAINDER OF HIS SPECIAL ENLISTMENT AS A MEMBER OF THE READY RESERVE OF THE ARMED FORCE IN WHICH ENLISTED, UNLESS SOONER TRANSFERRED TO THE STANDBY RESERVE BY A SCREENING PROCESS. I/WE FURTHER UNDERSTAND THAT DURING HIS SERVICE AS A MEMBER OF THE READY RESERVE HE MAY BE REQUIRED TO ATTEND NOT LESS THAN FORTY-EIGHT (48) SCHEDULED DRILLS OR TRAINING PERIODS AND NOT MORE THAN SEVENTEEN (17) DAYS ACTIVE DUTY FOR TRAINING ANNUALLY, OR MAY BE REQUIRED TO PERFORM THIRTY (30) DAYS ACTIVE DUTY FOR TRAINING ANNUALLY IN LIEU THEREOF WHEN AUTHORIZED; THAT FAILURE TO PERFORM REQUIRED TRAINING IN ANY YEAR CAN RESULT IN HIS BEING ORDERED TO PERFORM ADDITIONAL ACTIVE DUTY FOR TRAINING FOR FORTY-FIVE (45) DAYS FOR THAT YEAR OR BEING REPORTED TO SELECTIVE SERVICE AUTHORITIES FOR IMMEDIATE INDUCTION FOR A PERIOD OF TWO YEARS INTO THE ARMED FORCE OF WHICH SUCH RESERVE COMPONENT IS A PART.

SIGNATURES OF:

| Not Applicable | Not Applicable |
|---|---|
| WITNESSING OFFICIAL | PARENT OR LEGAL GUARDIAN |
| Not Applicable | Not Applicable |
| RECRUITING OFFICER OR RECRUITER | OTHER PARENT (If required) |

**DD FORM 373** *1 AUG 56*  PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE



# ARMED FORCES OF THE UNITED STATES — REPORT OF TRANSFER OR DISCHARGE

## PERSONAL DATA
- **1. LAST NAME – FIRST NAME – MIDDLE NAME:** O'CONNOR, David Newbigging Brown
- **2. SERVICE NUMBER:** 916 73 45
- **3. SOCIAL SECURITY NUMBER:** 009 34 [redacted]
- **4. DEPARTMENT, COMPONENT AND BRANCH OR CLASS:** NAVY – USN
- **5a. GRADE, RATE OR RANK:** SN(T)
- **5b. PAY GRADE:** E-4
- **6. DATE OF RANK:** 16 APR 67
- **7. U.S. CITIZEN:** YES
- **8. PLACE OF BIRTH:** London, Canada
- **9. DATE OF BIRTH:** 25 MAY 47
- **10a. SELECTIVE SERVICE NUMBER:** NA

## TRANSFER OR DISCHARGE DATA
- **11a. TYPE OF TRANSFER OR DISCHARGE:** Released from active duty and transferred to Naval Reserve
- **11b. STATION OR INSTALLATION AT WHICH EFFECTED:** Naval Station, Newport, Rhode Island
- **11c. REASON AND AUTHORITY:** BuPers Manual, Art. C-10317 (1)(b)/209 Release from active duty within three months of expiration of USN contract and concurrent transfer to Naval Reserve
- **11d. EFFECTIVE DATE:** 9 APR 68
- **12. LAST DUTY ASSIGNMENT AND MAJOR COMMAND:** USS JOSEPH P. KENNEDY, JR. (DD850)
- **13a. CHARACTER OF SERVICE:** HONORABLE
- **13b. TYPE OF CERTIFICATE ISSUED:** See Remarks
- **14. DISTRICT, AREA COMMAND OR CORPS TO WHICH RESERVIST TRANSFERRED:** (illegible)
- **15. REENLISTMENT CODE:** RE-1

## SERVICE DATA
- **16. TERM OF SERVICE / OBLIGATION:** 28 DEC 70
- **17. SOURCE OF ENTRY:** ENLISTED (First Enlistment)
- **17. SERVICE (Years):** Min.
- **17. DATE:** 29 DEC 64
- **18. PRIOR REGULAR ENLISTMENTS:** NONE
- **19. GRADE, RATE OR RANK AT TIME OF ENTRY INTO CURRENT ACTIVE SVC:** SR
- **20. PLACE OF ENTRY INTO CURRENT ACTIVE SERVICE:** Athens, Vermont
- **21. HOME OF RECORD AT TIME OF ENTRY INTO ACTIVE SERVICE:** Athens, Windham, Vermont
- **23a. SPECIALTY NUMBER & TITLE:** SN-0000
- **23b. RELATED CIVILIAN OCCUPATION AND D.O.T. NUMBER:** 823 Radio Mechanics

### 22. STATEMENT OF SERVICE
| | | YEARS | MONTHS | DAYS |
|---|---|---|---|---|
| a. CREDITABLE FOR BASIC PAY PURPOSES | (1) NET SERVICE THIS PERIOD | 03 | 03 | 11 |
| | (2) OTHER SERVICE | 00 | 00 | 00 |
| | (3) TOTAL (Line (1) plus Line (2)) | 03 | 03 | 11 |
| b. TOTAL ACTIVE SERVICE | | 03 | 03 | 11 |
| c. FOREIGN AND/OR SEA SERVICE | | 02 | 11 | 24 |

- **24. DECORATIONS, MEDALS, BADGES, COMMENDATIONS, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED:** National Defense Service Medal
- **25. EDUCATION AND TRAINING COMPLETED:**
  - NTC FOR SN
  - NTC FOR BMR
  - NTC FOR MRP3&2
  - NTC FOR STG3&2

## VA AND EMP. SERVICE DATA
- **26a. NON-PAY PERIODS/TIME LOST (Preceding Two Years):** TL: NONE; LTLV: NONE
- **26b. DAYS ACCRUED LEAVE PAID:** 17 days
- **27a. INSURANCE IN FORCE (NSLI or USGLI):** NO
- **27b. AMOUNT OF ALLOTMENT:** NA
- **27c. MONTH ALLOTMENT DISCONTINUED:** NA
- **28. VA CLAIM NUMBER:** NA
- **29. SERVICEMEN'S GROUP LIFE INSURANCE COVERAGE:** $10,000

## REMARKS
**30. REMARKS:** GRAMMAR SCHOOL - 08 years. Completed High School Level General Educational Development Test. Item 13 b. Cont'd: No discharge certificate issued at time of separation.

## AUTHENTICATION
- **31. PERMANENT ADDRESS FOR MAILING PURPOSES AFTER TRANSFER OR DISCHARGE:** Athens, Windham, Vermont
- **33. TYPED NAME, GRADE AND TITLE OF AUTHORIZING OFFICER:** J. C. LIPE, CWO W-4, USN, SEPARATIONS OFFICER, BY DIRECTION OF THE C. O.

**DD FORM 214N** (1 JUL 66) — PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE. S/N-0101-800-4301

ARMED FORCES OF THE UNITED STATES REPORT OF TRANSFER OR DISCHARGE — 4

Ex. G

# REPORT OF SEPARATION FROM THE ARMED FORCES OF THE UNITED STATES

**CHARACTER OF SEPARATION:** HONORABLE
**DEPARTMENT:** ARMY

## SEPARATION DATA

1. **LAST NAME—FIRST NAME—MIDDLE NAME:** O'CONNOR JOHN HAMILTON
2. **SERVICE NUMBER:** O-2020752
3. **GRADE—RATE—RANK AND DATE OF APPOINTMENT:** 2d Lt (T) 7 Jul 45
4. **COMPONENT AND BRANCH OR CLASS:** ORC Inf
5. **QUALIFICATIONS — SPECIALTY NUMBER OR SYMBOL:** 9302 — **RELATED CIVILIAN OCCUPATION AND D.O.T. NUMBER:** NA
6. **EFFECTIVE DATE OF SEPARATION:** 30 Sep 52
7. **TYPE OF SEPARATION:** Reld fr active dy
8. **REASON AND AUTHORITY FOR SEPARATION:** DISABILITY P 38a 7b SR600-450-5 dtd 12 Jul 51
9. **PLACE OF SEPARATION:** MOIRA, NEW YORK (SEE 38)
10. **DATE OF BIRTH:** 9 Apr 21
11. **PLACE OF BIRTH:** YONKERS, N.Y.
12. **DESCRIPTION:** SEX MALE, RACE CAUC, COLOR HAIR BROWN, COLOR EYES GRAY, HEIGHT 6', WEIGHT 165

## SELECTIVE SERVICE DATA

13. **REGISTERED:** — **SELECTIVE SERVICE NUMBER:** NA
14. **SELECTIVE SERVICE LOCAL BOARD NUMBER:** NA
15. **INDUCTED:** NA
16. **ENLISTED IN OR TRANSFERRED TO A RESERVE COMPONENT:** — **COMPONENT AND BRANCH OR CLASS:** — **COGNIZANT DISTRICT OR AREA COMMAND:**

## SERVICE DATA

17. **MEANS OF ENTRY OTHER THAN BY INDUCTION:** [X] CALLED FROM INACTIVE DUTY
18. **GRADE—RATE OR RANK AT TIME OF ENTRY INTO ACTIVE SERVICE:** 2d Lt
19. **DATE AND PLACE OF ENTRY INTO ACTIVE SERVICE:** 17 May 51, MOIRA, NEW YORK
20. **HOME ADDRESS AT TIME OF ENTRY INTO ACTIVE SERVICE:** RFD #1 MOIRA, NEW YORK

### STATEMENT OF SERVICE FOR PAY PURPOSES

| | A. YEARS | B. MONTHS | C. DAYS |
|---|---|---|---|
| 21. NET SERVICE COMPLETED FOR PAY PURPOSES EXCLUDING THIS PERIOD | NA | | |
| 22. NET SERVICE COMPLETED FOR PAY PURPOSES THIS PERIOD | 1 | 4 | 14 |
| 23. OTHER SERVICE (Act of 16 June 1942 as amended) COMPLETED FOR PAY PURPOSES | 7 | 6 | 27 |
| 24. TOTAL NET SERVICE COMPLETED FOR PAY PURPOSES | 8 | 11 | 11 |

25. **ENLISTMENT ALLOWANCE PAID ON EXTENSION OF ENLISTMENT, IF ANY:** NA
26. **FOREIGN AND/OR SEA SERVICE:** NA

27. **DECORATIONS, MEDALS, BADGES, COMMENDATIONS, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED:**
WW II VIC MED; EAME W/2 STARS GC MED; AMER CAMP MED;

28. **MOST SIGNIFICANT DUTY ASSIGNMENT:** HQ CO 278th INF REGT CP DRUM N.Y.
29. **WOUNDS RECEIVED AS A RESULT OF ACTION WITH ENEMY FORCES:** NA

30. **SERVICE SCHOOLS OR COLLEGES, COLLEGE TRAINING COURSES AND/OR POST-GRAD. COURSES SUCCESSFULLY COMPLETED:**

| | DATES (From-To) | MAJOR COURSE |
|---|---|---|
| CIC SCHOOL FTS | 12 wks compl 1951 | C I Invest (9302) |
| | 15 wks compl | A I COC |

31. **SERVICE TRAINING COURSES SUCCESSFULLY COMPLETED:** GED TEST COLLEGE LEVEL 1951

## INSURANCE AND PAY DATA

32. **KIND OF INSURANCE:** $10,000 (P1 23) — U.S.G.L.I. NA
33. **MONTH ALLOTMENT DISCONTINUED:** NA
34. **MONTH NEXT PREMIUM DUE:** JAN 53
35. **TOTAL PAYMENT UPON SEPARATION:** $3628.19
36. **TRAVEL OR MILEAGE ALLOWANCE INCLUDED IN TOTAL PAYMENT:** $18.60
37. **DISBURSING OFFICER'S NAME AND SYMBOL NUMBER:** R. PERKINS MAJ FC 215-494

## AUTHENTICATION

38. **REMARKS:**
BLOOD GROUP 'O'
NO TIME LOST UNDER SEC 6A APP 2B MCM 1951 REF 9
SEPARATION PAPERS PREPARED AT USAH FT DEVENS, MASS
DD 217a CERT OF SERVICE ISSUED PAID SEV RANCE PAY
$2815.80
MGP: $200.00

39. **SIGNATURE OF OFFICER AUTHORIZED TO SIGN** — NAME, GRADE AND TITLE (Typed): E. W. LOWER Capt, MSC Ch, Pers Rec Br

## PERSONAL DATA

40. **V.A. BENEFITS PREVIOUSLY APPLIED FOR:** GI BILL
**CLAIM NUMBER:** C-16-173-243
41. **DATES OF LAST CIVILIAN EMPLOYMENT:** FROM 1948 TO 1951
42. **MAIN CIVILIAN OCCUPATION:** Creamery Operation
43. **NAME AND ADDRESS OF LAST CIVILIAN EMPLOYER:** General IC Co N. Lawrence, N.Y.
44. **UNITED STATES CITIZEN:** [X] YES
45. **MARITAL STATUS:** MARRIED
46. **NON-SERVICE EDUCATION (Years successfully completed):** GRAMMAR 8, HIGH SCHOOL 4, COL. LEGE —, DEGREE(S) NA, MAJOR COURSE OR FIELD ACADEMIC
47. **PERMANENT ADDRESS FOR MAILING PURPOSES AFTER SEPARATION:** SEE #20
48. **SIGNATURE OF PERSON BEING SEPARATED:** *John Hamilton O'Connor*

**DD FORM 214** (1 JAN 50) — INDIVIDUAL'S COPY (TO BE DELIVERED TO THE INDIVIDUAL BEING SEPARATED)

Ex. H



Ex. I

❮ **DAVID O'CONNOR**

## License Status

Credential: Commercial Driver License

Status: Cancelled

Expire:

Credential: Class D License

Status: Expired

Expire: 10-Jun-2024