IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DAVID NEWBIGGING BROWN O'CONNOR, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) JURY DEMANDED ) |
| JEFF LONG, in his official capacity as Commissioner of the Tennessee Department of Safety and Homeland Security, | ) ) ) ) ) |
| Defendant. | ) ) |

## DECLARATION OF DAVID NEWBIGGING BROWN O'CONNOR

I, David Newbigging Brown O'Connor, the plaintiff in the above-entitled action, hereby declare that I am over the age of eighteen (18) and competent to testify to the matters stated to my personal knowledge. I declare that I have read the Verified Complaint and the included exhibits and know their contents. I declare that the allegations in the Verified Complaint, including all exhibits, are true to my own personal knowledge.

I declare under penalty of perjury that the foregoing is true and correct to my own personal knowledge on this the 15th day of July, 2024 in Nashville, Tennessee.

*[Signature]*
David O'Connor (Jul 15, 2024 13:17 EDT)
David Newbigging Brown O'Connor