IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DAVID NEWBIGGING BROWN O'CONNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:24-cv-00855 |
| | ) | Judge Trauger |
| JEFF LONG in his official capacity as | ) | |
| Commissioner of the Tennessee Department of | ) | |
| Safety and Homeland Security, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

The plaintiff's Motion (Doc. No. 2), filed along with the Complaint, is GRANTED to the extent that it requests that the plaintiff's motion for a preliminary injunction be consolidated with the trial on the merits. This Order does not issue a preliminary injunction.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge